**99–387. State ex rel. Abelt v. Eighth Dist. Court of Appeals.**
In Procedendo. Reported at 85 Ohio St.3d 1455, 708 N.E.2d 1009. On motion for reconsideration. Motion denied.

*Thursday, June 3, 1999*

## MOTION DOCKET

**97–1497. State v. Ashworth.**
Licking C.P. No. 96CR356. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Licking County Common Pleas Court and is now on appeal in the Licking County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**99–972. State v. Taylor.**
Greene C.P. No. 98CR0054. This cause is pending before the court as an appeal from the Court of Common Pleas of Greene County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**99–888. State ex rel. Abdalla v. Ohio Dept. of Commerce, Div. of State Fire Marshal.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.